1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                  **FRESNO DIVISION**

12  DAVID BRADSHAW,                    )
                                       )
13        Plaintiff,                   )        CIVIL NO. 1:08-CV-00855- SMS
                                       )
14            v.                       )        STIPULATION TO REOPEN CASE FOR
                                       )        PURPOSE OF ENTERING JUDGMENT
15  MICHAEL J. ASTRUE,                 )        FOR PLAINTIFF;
    Commissioner of                    )
16  Social Security,                   )        ORDER
                                       )
17        Defendant.                   )
                                       )
18  _____)

19        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20  approval of the Court, that this case shall be reopened for the purpose of entering judgment for Plaintiff.

21        On December 17, 2008, the Court remanded this case for further administrative proceedings and

22  retained jurisdiction pursuant to sentence six of 42 U.S.C. § 405(g).  The purpose of the remand was to

23  allow the Commissioner of Social Security time to search for the missing recording of Plaintiff's

24  administrative hearing and for any other administrative proceedings necessary to create an adequate

25  record for further review by the Court.  The missing recording was not found, so the Appeals Council

26  remanded this case back to the Fresno hearing office with instructions to the Administrative Law Judge

27  (ALJ) to conduct a *de novo* hearing, take any further action needed to complete the record, and issue a

28  new decision.

1

2

3

4      On September 2, 2009, the ALJ issued a fully favorable decision, finding that Plaintiff became disabled on November 27, 2001.  Plaintiff was given the right to file exceptions to the decision within 30 days of its receipt, but did not do so.  Thus, the ALJ's decision became the final decision of the Commissioner.

5

6

7

8

9

10     Now that the administrative proceedings have concluded, reopening is necessary.  In a sentence-six remand case, the Court retains jurisdiction following the remand.  See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991) (District Court retains jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is favorable to one party or the other, the Commissioner is to return to Court following completion of the administrative proceedings on remand so that the Court may enter a final judgment or, as in this case, a dismissal).

11

12

13     It is therefore appropriate for the Court to order reopening of this case in order to resolve the Court's sentence-six jurisdiction.  Upon reopening, the parties stipulate that judgment should be entered for Plaintiff.

14     Date: November 9, 2009                            s/ *Steven G. Rosales*_____

15                                                       STEVEN G. ROSALES
                                                         Attorney for Plaintiff

16     Dated: November 9, 2009                           LAWRENCE G. BROWN

17                                                       United States Attorney
                                                         LUCILLE GONZALES MEIS

18                                                       Regional Chief Counsel, Region IX
                                                         Social Security Administration

19                                                       s/ *Jacqueline A. Forslund*_____

20                                                       JACQUELINE A. FORSLUND
                                                         Special Assistant U.S. Attorney

21                                                       (*By emailed authorization dated November 9, 2009*).

22                                                       Attorneys for Defendant

23

24     IT IS SO ORDERED:  This case is reopened and judgment shall be entered for Plaintiff.

25

26

27     IT IS SO ORDERED.

**Dated:    November 13, 2009**              _____/s/ Sandra M. Snyder_____
28                                                       UNITED STATES MAGISTRATE JUDGE