```
1   Steven G. Rosales
    Attorney at Law: 222224
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-5491
    E-mail: rohlfing_office@speakeasy.net
5
    Attorneys for Plaintiff
6   David Bradshaw
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRADSHAW, | Case No.: 1:08 CV 855 SMS |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); and ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between David Bradshaw ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Law Offices of Lawrence D. Rohlfing, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of $806.67.  This amount represents compensation for all legal services rendered by Steven G. Rosales and the Law Offices of

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Lawrence D. Rohlfing on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA and avoiding the expenses and risks of litigation. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses.  This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  This stipulation does not settle, or compromise the question of whether Steven G. Rosales may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence or presence of an express or implied assignment of such an award nor whether any such award is free from or subject to debts of David Bradshaw, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

Neither this agreement nor the substance herein shall, in full or in part, be quoted, cited or referred to in any document filed in any case but the present one and it shall not, in full or in part, be attached to any document filed in any case but the present one.

Payment of $806.67 in EAJA attorney fees, costs, and expenses to Law Offices of Lawrence D. Rohlfing as assignee of David Bradshaw shall constitute a complete release from and bar to any and all claims David Bradshaw may have relating to EAJA fees in connection.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Law Offices of Lawrence D. Rohlfing.

///

PDF created with pdfFactory trial version www.pdffactory.com

1  This award is without prejudice to the rights of Steven G. Rosales and Law Offices
2  of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C.
3  § 406(b), subject to the offset provisions of the EAJA.

4  DATE: March 11, 2010          Respectfully submitted,

5                                LAW OFFICES OF LAWRENCE D. ROHLFING

6                                         /s/ Steven G. Rosales
                              BY:_____
7                                 Steven G. Rosales
                                  Attorney for plaintiff David Bradshaw
8

9  DATED: March 11, 2010         BENJAMIN WAGNER
                                 United States Attorney
10

11
                                        /s/ Joanna Kang
12                               _____
                                 Joanna Kang
13                                Special Assistant United States Attorney
                                 Attorneys for Defendant Michael J. Astrue,
14                               Commissioner of Social Security
                                  (Per e-mail authorization)
15

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2 Access to Justice Act Fees, IT IS SO ORDERED that the Commissioner shall pay
3 to Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of
4 rights, the amount of $806.67, as authorized by 28 U.S.C. § 2412(d), subject to the
5 terms of the above-referenced Stipulation.

7 Dated:  March 17, 2010        /s/ Sandra M. Snyder
   THE HONORABLE SANDRA M. SNYDER,
8  UNITED STATES DISTRICT COURT
   UNITED STATES MAGISTRATE JUDGE

10
11 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
12     /s/ Steven G. Rosales
13 _____
Steven G. Rosales
14 Attorney for plaintiff David Bradshaw

-4-

PDF created with pdfFactory trial version www.pdffactory.com